LANSING
v.
ORCOTT.                                        Motion denied.

(a) In *Metcalf* v. *Clark*, 5 *Johns. Rep.* 361. it was decided, that these words were not necessary, on a motion to change the venue.

---

### LANSING *against* ORCOTT.

This Court, to prevent fraud, or great injustice, will order a perpetual stay of an execution, provided the facts are made clearly to appear to the Court, so that complete justice can be done to all the parties concerned; otherwise the execution may be stayed for a definite time, so as to give the party an opportunity of applying to the Court of Chancery for relief.

*FOOT*, for the defendant, moved for an order for a perpetual stay of the execution issued in this cause ; and read a number of affidavits in support of the motion, relying on the case of *Smith* v. *Page*, (15 *Johns. Rep.* 395.)

*D. Russell*, contra, after reading several affidavits, cited 2 *Yeates'. Penn. Rep.* 516.    5 *Binney's Rep.* 61.    7 *Mass. Rep.* 71.    4 *Cranch*, 413.    1 *Johns. Ch. Rep.* 505.

*Per Curiam.* There are so many parties interested in this case, and the facts are so complex, that we cannot, on this application, do justice to all concerned. We shall, therefore, order a stay of the execution for three months, to the end, that the parties may apply to the Court of Chancery ; and that no costs are to be allowed to either side. We do not refuse to interfere farther, on the ground of any want of jurisdiction ; for we should not hesitate to grant relief, if it was such a clear case, that we could do justice to all the parties interested.

                                          Rule accordingly.